**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

LUIS SANTOS,                              )
                                          )
                    Plaintiff,            )
                                          )     Civil Action No. 06-01 Erie
          v.                              )
                                          )
DOCTOR MARK BAKER, et al.,                )
                                          )
                    Defendants.           )

## <u>MEMORANDUM ORDER</u>

This civil rights action was received by the Clerk of Court on January 3, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 24], filed on November 13, 2006, recommended that Defendants' motion to dismiss [Doc. No. 13] be granted, and that Plaintiff's motion for summary judgment [Doc. No. 19 be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. No objections were filed. After <u>de novo</u> review of the motions and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 4th day of December, 2006;

IT IS HEREBY ORDERED that the Defendants' motion to dismiss [Doc. No. 13] is GRANTED and Plaintiff's motion for summary judgment [Doc. No. 19] is DENIED.

The Report and Recommendation [Doc. No. 24] of Magistrate Judge Baxter, filed on November 13, 2006 is adopted as the opinion of the Court.

s/    Sean J. McLaughlin
United States District Judge

cm:   All parties of record
      Susan Paradise Baxter, U.S. Magistrate Judge